United States Bankruptcy Court
Middle District of Florida

In re:                                                                Case No. 12-17274-KSJ
Raquel Santos                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6        User: karla          Page 1 of 3            Date Rcvd: Apr 03, 2013
                            Form ID: Docondcl    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2013.
```
db           +Raquel Santos,    3201 Pigeon Cove St,     Deltona, FL 32738-2188
22891890     +AES/Chase Bank,    PO Box 523,    Madison, MS 39130-0523
22891891     +AES/PNC Bank,    PO Box 2461,    Harrisburg, PA 17105-2461
22891892      American Education Services,     PO Box 2461,    Harrisburg, PA 17105-2461
22891894     +Aracelis Santos,    739 N 10th Street,     Allentown, PA 18102-1402
22891896      Best Buy / HSBC,    PO Box 5222,    Carol Stream, IL 60197-5222
22891897     +CE Bunnell and Assoc,    PO Box 144333,    Orlando, FL 32814-4333
22891898     +Central Credit Audit,    100 N 3rd St,    Sunbury, PA 17801-2367
22891899      Childrens Place/Citicorp Cred Serv,     PO Box 183015,    Columbus, OH 43218-3015
22891900     +Credit First / Firestone,    PO Box 81344,    Cleveland, OH 44181-0344
22891901      Discover Financial Services,     PO Box 30420,    Salt Lake City, UT 84130-0420
22891902      Encore Receivable Mgmt,    PO Box 3330,    Olathe, KS 66063-3330
22891887      Florida Department of Revenue,     Bankruptcy Unit,    Post Office Box 6668,
               Tallahassee FL 32314-6668
22891903      Florida Hosp Fish Memorial,    PO Box 864393,     Orlando, FL 32886-4393
22891904      GECRB / TJM Rewards,    PO Box 530948,    Atlanta, GA 30353-0948
22891907     +Home Depot / Citibank USA,    PO Box 182676,     Columbus, OH 43218-2676
22891909      Macy's / DSNB,    PO Box 183083,    Columbus, OH 43218-3083
22891910      Merchants & Medical,    Credit Corp,    6324 Taylor Drive,    Flint, MI 48507-4685
22891912     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
22891914      Sacred Heart Hospital,    c/o Financial Recoveries,     PO Box 1388,    Mount Laurel, NJ 08054-7388
22891915      St Lukes ER Phys Specialists,     PO Box 5386,    Bethlehem, PA 18015-0386
22891918      WFNNB / Victoria's Secret,    PO Box 659728,     San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22891889      E-mail/Text: bankruptcynotice@1fbusa.com Apr 04 2013 00:24:52      1st Financial Bank USA,
               PO Box 1200,    North Sioux City, SD 57049-1200
22891893      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 04 2013 00:21:22      American Honda Finance,
               1235 Old Alpharetta Rd,    Alpharetta, GA 30005
22891895      E-mail/Text: banko@berkscredit.com Apr 04 2013 00:23:27       Berks Credit & Collection,
               PO Box 329,    Temple, PA 19560-0329
22891905      E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2013 00:34:18      GEMB / Care Credit,    PO Box 960061,
               Orlando, FL 32896-0061
22891906     +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2013 00:34:18      GEMB / JC Penney,    PO Box 103104,
               Roswell, GA 30076-9104
22891888      E-mail/Text: cio.bncmail@irs.gov Apr 04 2013 00:16:08      Internal Revenue Service,
               Post Office Box 7346,    Philadelphia PA 19101-7346
22891908     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 04 2013 00:19:54       Kohls/Capone,    PO Box 3084,
               Milwaukee, WI 53201-3084
22891911      E-mail/Text: bankruptcydepartment@ncogroup.com Apr 04 2013 00:26:17       NCO Financial Systems,
               PO Box 15618,    Wilmington, DE 19850-5618
22891913     +E-mail/Text: knederostek@pplgold.org Apr 04 2013 00:22:55       PPL Gold Credit Union,
               4703 Hamilton Blvd,    Allentown, PA 18103-6066
22891916      E-mail/Text: bnc@ursi.com Apr 04 2013 00:23:05       United Recovery Systems,    PO Box 722929,
               Houston, TX 77272-2929
22891886     +E-mail/Text: revenuebankruptcy@volusia.org Apr 04 2013 00:25:02       Volusia County Tax Collector,
               123 West Indiana Avenue,    Room 103,    Deland FL 32720-4615
22891917      E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2013 00:31:14      Walmart / GECRB,    PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 12
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113A-6                User: karla                Page 2 of 3                 Date Rcvd: Apr 03, 2013
                                    Form ID: Docondcl          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2013**              **Signature:** *Joseph Speetjens*

```
District/off: 113A-6            User: karla              Page 3 of 3                Date Rcvd: Apr 03, 2013
                                Form ID: Docondcl        Total Noticed: 34


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2013 at the address(es) listed below:
              David E Abeles     on behalf of Debtor Raquel Santos sharon@centralfloridalegal.com
              Gene T Chambers    gtchambers@cfl.rr.com, gtc@trustesolutions.com;gtc@trustesolutions.net
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**[Docondcl]** [District Order Conditionally Closing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No. 6:12−bk−17274−KSJ
                                                                                               Chapter 7

Raquel Santos
3201 Pigeon Cove St
Deltona, FL 32738

_____Debtor*_____/

### ORDER APPROVING ACCOUNT AND
### CONDITIONALLY CLOSING ESTATE WITHOUT ENTRY OF DISCHARGE

   The Court finds that the trustee in the above−captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate.

   The Debtor has not filed a certificate of completion of an instructional course concerning personal financial management required by 11 U.S.C. § 727(a)(11) and the Debtor is not entitled to receive a discharge. Accordingly, it is

   ***ORDERED:***

   1. This case is administratively closed subject to the Debtor's filing a certificate of completion of an instructional course concerning personal financial management within 30 days of the entry of this order. If the Debtor files a certificate within the 30−day period, the Clerk shall review the case for entry of discharge without the requirement for the Debtor to file a motion to reopen and pay a reopening fee.

   2. If the Debtor does not file a certificate of completion within the 30−day period, the report is approved and the estate is closed without further notice, hearing, or order. The Trustee is discharged from and relieved of the trust, the bond of the Trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   3. All motions/objections/applications that have not been resolved are denied as moot.

    4. The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.

BY THE COURT

Dated:  April 3, 2013

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.